# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES ERIC STEWART,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*,

    *Respondents*.

2:09-cv-01063-PMP-GWF

ORDER

Following upon Petitioner's unopposed motion (#33) for partial dismissal, which seeks dismissal of the claim that the Court held is unexhausted in this habeas matter,

IT IS ORDERED that Petitioner's motion (#33) for partial dismissal is GRANTED and that Ground 3 is DISMISSED without prejudice.

IT FURTHER IS ORDERED that Respondents shall have **thirty (30) days** from entry of this order within which to file an Answer to the remaining claims, and that Petitioner thereafter shall have **thirty (30)** from service of the Answer within which to mail a reply to the Clerk of the Court for filing.

**Given the age of the case, requests for extensions of time will be considered only in extraordinary circumstances.  Extension requests based upon scheduling conflicts with other cases in this Court generally should be filed in the later-filed case.**

DATED: March 13, 2012.

                                          _____
                                          PHILIP M. PRO
                                          United States District Judge